**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————————

**No. 00-1003**

————————————

VIRGINIA M. RHODES,

Plaintiff - Appellant,

versus

NORTEL, a/k/a Northern Telecom, Incorporated,

Defendant - Appellee.

————————————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. W. Earl Britt, Senior District Judge. (CA-98-761-5-BR)

————————————

Submitted: July 27, 2000                    Decided: August 2, 2000

————————————

Before MURNAGHAN, WILKINS, and KING, Circuit Judges.

————————————

Affirmed by unpublished per curiam opinion.

————————————

Craig James, Smithfield, North Carolina, for Appellant.  Frank P. Ward, Jr., Terence D. Friedman, MAUPIN, TAYLOR & ELLIS, P.A., Raleigh, North Carolina, for Appellee.

————————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Virginia Rhodes appeals the district court's order striking her response to the employer's motion for summary judgment and granting summary judgment in favor of her employer in this age discrimination action. We have reviewed the parties' briefs, the joint appendix, the first amended supplemental appendix, and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Rhodes v. Nortel, No. CA-98-761-5-BR (E.D.N.C. Nov. 23, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2